IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TIMOTHY B STOKES,

    Petitioner,

v.                                                                            No. 11-cv-187-DRH

LISA J W HOLLINGSWORTH,

    Respondent.

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a Report and Recommendation (R&R) (Doc. 10), issued on December 19, 2011, by United States Magistrate Judge Philip M. Frazier recommending denial of petitioner's Section 2241 petition for a writ of habeas corpus (Doc. 1). Generally, petitioner challenges the denial of his request for twelve months placement in a halfway house pursuant to the Second Chance Act, 18 U.S.C. § 3624(c). The R&R recommends denial of petitioner's writ, as he failed to exhaust his administrative remedies.

Upon issuance, the R&R was sent to the parties with a notice informing them of their right to appeal by way of filing objections within fourteen days of service (*See* Doc. 10-1). Thus, the parties' objections required filing by January 6, 2012. Neither party filed timely objections to the R&R. Therefore, pursuant to

28 U.S.C. § 636(b), this Court need not conduct a *de novo* review. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). Accordingly, the Court **ADOPTS** the R&R (Doc. 10) in its entirety and dismisses petitioner's claim **without prejudice**.

    **IT IS SO ORDERED.**

Signed this 9th day of January, 2012.

David R. Herndon
2012.01.09 16:30:20
-06'00'

**Chief Judge**
**United States District Court**